UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELLABS, INC. a Delaware Corporation and St. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota Corporation,<br><br>           Plaintiffs,<br><br>    vs.<br><br>CARRERA TRANSPORT, INC., an Iowa corporation, doing business as CARRERA TRANSPORTATION and CARRERA TRUCKING; and DOES 1 through 25, inclusive<br><br>           Defendants. | Case No.:  **C07-2254 MMC**<br><br>**ORDER GRANTING STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Case Management

Conference in this matter scheduled for August 17, 2007 is continued to October 19, 2007 at 10:30

AM.  A Joint Case Management Conference Statement shall be filed no later than October 12, 2007.

IT IS SO ORDERED

Date: August 14, 2007

_____
Hon. Maxine Chesney, Judge, Federal District Court

1