James L. Wraith, State Bar No. 112234
David A. Evans, State Bar No. 181854
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976
E-mail: jwraith@selvinwraith.com
       devans@selvinwraith.com

Attorneys for
Third Party Defendant, LEXINGTON INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| TELLABS, INC. a Delaware corporation, and ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CARRERA TRANSPORT, INC., an Iowa corporation, doing business as CARRERA TRANSPORTATION and CARRERA TRUCKING; and DOES 1 through 25, inclusive,<br><br>Defendants and Third Party Plaintiffs,<br><br>v.<br><br>HA LOGISTICS, INC., a California corporation, and LEXINGTON INSURANCE COMPANY, a corporation<br><br>Third Party Defendants. | CASE NO.: 3:07-cv-02254-MMC<br><br>[~~PROPOSED~~] ORDER<br><br>Complaint Filed: April 25, 2007 |

Pursuant to ADR Rule 5-10(d), Third Party Defendant Lexington Insurance Company ("Lexington") submitted a request that it be excused from attending in person the Early Neutral Evaluation session in this matter.

Having carefully considered the papers submitted, and good cause appearing, IT IS HEREBY

1

1 ORDERED that:

2 Third Party Defendant Lexington Insurance Company's request to be excused from attending in person the Early Neutral Evaluation session, scheduled for January 10, 2008, is GRANTED.

Pursuant to ADR Rule 5-10(e), Lexington's representative must be available to participate in the Early Neutral Evaluation session by telephone.

DATED: 12/17, 2007

Hon. Wayne D. Brazil
United States Magistrate Judge