IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELLABS, INC., et al., | No. C-07-2254 MMC |
|     Plaintiffs, | **ORDER GRANTING DEFENDANT'S MOTION TO FILE FIRST AMENDED ANSWER; VACATING HEARING** |
|   v. | |
| CARRERA TRANSPORT, INC., | |
|     Defendant | |
| | |
| CARRERA TRANSPORT, INC., | |
|     Third Party Plaintiff | |
|   v. | |
| HA LOGISTICS, INC., et al. | |
|     Third Party Defendants / | |

Before the Court is defendant's "Motion to File First Amended Answer of Defendant Carrera Transport, Inc. to Plaintiff's Complaint," filed December 19, 2007. No opposition or other response has been filed.[1]

Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for

---

[1] Pursuant to the Civil Local Rules of this District, opposition was due no later than January 4, 2008. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date).

January 25, 2008, and, for the reasons stated by defendant, hereby GRANTS the motion.

Defendant shall file its proposed First Amended Answer no later than January 18, 2008.

**IT IS SO ORDERED.**

Dated: January 10, 2008

                                  MAXINE M. CHESNEY
                                  United States District Judge