IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELLABS, INC., et al., | No. C-07-2254 MMC |
| Plaintiffs, | **ORDER DIRECTING PARTIES TO FILE JOINT STATUS STATEMENT** |
| v. | |
| CARRERA TRANSPORT, INC., | |
| Defendant | |
| CARRERA TRANSPORT, INC., | |
| Third Party Plaintiff | |
| v. | |
| HA LOGISTICS, INC., et al. | |
| Third Party Defendants | |

The Court is in receipt of the mediator's Certification of ADR Session, filed January 15, 2008, wherein the mediator reports the above-titled case has "partially" settled. The next appearance in the matter is currently scheduled for October 3, 2008, and trial is scheduled to begin January 5, 2009.

To assist the Court with respect to management of the Court's calendar, the parties are hereby DIRECTED to file, on or before February 1, 2008, a Joint Status Statement apprising the Court as to which claims and/or parties are no longer proceeding to trial.

**IT IS SO ORDERED.**

Dated: January 18, 2008

MAXINE M. CHESNEY
United States District Judge