ADAM C. BROWN (SBN 161951)
JANET K. HAINES (SBN 242374)
**BROWN & ASSOCIATES**
**A Professional Law Corporation**
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone:    (916) 859-4910
Facsimile:    (916) 859-4911
adam@brnlaw.com
janet@brnlaw.com

Attorneys for TELLABS, INC., and ST. PAUL FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELLABS, INC., a Delaware corporation; and ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>       Plaintiffs,<br><br>v.<br><br>CARRERA TRANSPORT, INC., an Iowa corporation, doing business as CARRERA TRANSPORTATION and CARRERA TRUCKING; and DOES 1 through 25, inclusive,<br><br>       Defendants. | CASE NO. CV 07-02254 MMC<br><br>**ORDER DISMISSING THE ACTION** |

1
**ORDER DISMISSING THE ACTION**

1     Premised upon the Stipulation of the parties who have appeared in this lawsuit,

2     IT IS SO ORDERED that Plaintiffs Tellabs, Inc. s and St. Paul Fire & Marine Insurance Company s complaint in its entirety be, and is hereby, dismissed with prejudice, with all sides to bear their own fees and costs.

Date: September _8_, 2008      _____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE